# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHARIQ SEABROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01328 |
| ) | Judge Trauger |
| CORECIVIC, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On March 4, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 44), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendants Holloway, Mitchell, Baker, and Ramos (Docket No. 32) is GRANTED, and these defendants are DISMISSED from this action. In addition, defendant f/n/u Martinez is DISMISSED from this action.

This case is hereby returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 26th day of March 2019.

_____
ALETA A. TRAUGER
U.S. District Judge