UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAIRIQ SEABROOKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:17-cv-01328 ) |
| CORE CIVIC, INC., *et al.*, | ) Judge Trauger ) |
| Defendants. | ) |

# ORDER

The pro se plaintiff has filed a "Motion to Withdraw re Complaint" in which he states that he "it would be detrimental to the plaintiff to continue to prosecute this action." (Doc. No. 60 at 1).

The court construes the plaintiff's motion as a motion to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2). The motion is hereby **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

Consequently, the motions to dismiss (Doc. No. 57) and to stay discovery (Doc. No. 59) filed by defendant f/n/u Taylor are **DENIED AS MOOT**.

This is the final order denying all relief in this case. The Clerk **SHALL** enter judgment. Fed. R. Civ. P. 58(b).

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge